```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/31/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOWELL KERN, JOSEPH BALL, MICHELLE SHAPIRO, and STEVE HERMIDA, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

STUBHUB, INC.,

                Defendant.

24 Civ. 871 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's motion to compel arbitration, ECF No. 22, and letter regarding an anticipated motion to dismiss, ECF No. 25. Accordingly:

1. The Court shall reserve judgment on Defendant's request to file a motion to dismiss pending decision on the motion to compel arbitration;
2. By **June 24, 2024**, Plaintiffs shall file their papers in opposition to Defendant's motion to compel arbitration; and
3. By **July 8, 2024**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: May 31, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge