USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/2/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOWELL KERN, JOSEPH BALL, MICHELLE SHAPIRO, and STEVE HERMIDA individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

STUBHUB, INC.,

Defendant.

24 Civ. 871 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 17, 2024, the Court granted StubHub, Inc.'s motion to compel arbitration and stayed this action pending arbitration of Plaintiffs' claims. *See* ECF No. 35. The parties were directed to file a status update within one week of the conclusion of arbitration. *See id.* at 8. By **October 2, 2026**, the parties shall file a joint status update in this matter indicating whether arbitration proceedings are ongoing. Failure to respond will result in the Court closing the case.

SO ORDERED.

Dated: September 2, 2026
New York, New York

ANALISA TORRES
United States District Judge